**Michael Allan DUNN, Plaintiff–
Appellant,**

v.

**James NOE; et al., Defendants–
Appellees.**

No. 02–16849.

D.C. No. CV–02–00043–MJJ.

United States Court of Appeals,
Ninth Circuit.

Submitted March 10, 2003.*

Decided March 19, 2003.

Before CANBY, O'SCANNLAIN, and T.G. NELSON, Circuit Judges.

## MEMORANDUM **

California state prisoner Michael Allan Dunn appeals pro se the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging defendants improperly

seized materials from Dunn's property without a hearing in 1993. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *Johnson v. California,* 207 F.3d 650, 653 (9th Cir.2000) (per curiam), and we affirm.

The district court properly dismissed Dunn's action as time-barred because all of the allegations stem from incidents occurring on or about March 12, 1993, and Dunn did not file his complaint until January 3, 2002. *See id.;* Cal. Civ. Pro.Code § 352.1.

Dunn's remaining contentions lack merit.

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.